**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-60390-BLOOM/Valle**

TONY GUERRA, *individually*
*and on behalf of all others similarly*
*situated*,

      Plaintiff,

v.

WISE GULL, INC., *a California*
*Corporation doing business as*
Blenders Eyewear,

      Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Settlement, ECF No. [14], filed on April 30, 2019, that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

3. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

Case No. 19-cv-60390-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 30, 2019.

_____

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record