UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-cv-60390-BLOOM/Valle**

TONY GUERRA, *individually
and on behalf of all others similarly
situated*,

      Plaintiff,

v.

WISE GULL, INC., *a California
Corporation doing business as*
Blenders Eyewear,

      Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [16] ("Notice"), filed on May 10, 2019.  The Court has carefully reviewed the Notice and the record, and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [16]** is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims;

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 19-cv-60390-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 10, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record